UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILL MOSES PALMER,<br>　　　　Petitioner,<br>　v.<br>DEBBIE ASUNCION,<br>　　　　Respondent. | Case No. 17-cv-06264-SI<br><br>**JUDGMENT** |

This action is dismissed without prejudice to petitioner filing a new petition for writ of habeas corpus if he ever obtains permission from the United States Court of Appeals for the Ninth Circuit to do so.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: January 31, 2018

_____
SUSAN ILLSTON
United States District Judge